UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS S. STEFANSKY
AKA: THOMAS STEFANSKY,
THOMAS SAMUEL STEFANSKY
SANDRA M. STEFANSKY
AKA: SANDRA MARIE STEFANSKY,
SANDRA STEFANSKY

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

vs.

THOMAS S. STEFANSKY
AKA: THOMAS STEFANSKY,
THOMAS SAMUEL STEFANSKY
SANDRA M. STEFANSKY
AKA: SANDRA MARIE STEFANSKY,
SANDRA STEFANSKY

CASE NO: 5-18-04709-RNO

      Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Charles J. DeHart, III, Standing Chapter 13 Trustee, hereby requests that the Motion filed on December 12, 2018 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

RESPECTFULLY SUBMITTED,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: December 12, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS S. STEFANSKY
AKA: THOMAS STEFANSKY, THOMAS SAMUEL STEFANSKY
SANDRA M. STEFANSKY
AKA: SANDRA MARIE STEFANSKY, SANDRA STEFANSKY

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-04709-RNO

THOMAS S. STEFANSKY
AKA: THOMAS STEFANSKY, THOMAS SAMUEL STEFANSKY
SANDRA M. STEFANSKY
AKA: SANDRA MARIE STEFANSKY, SANDRA STEFANSKY

    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on December 12, 2018.

C. STEPHEN GURDIN, JR., ESQ.
69 PUBLIC SQUARE
SUITE 501
WILKES-BARRE, PA 18701-

THOMAS S. STEFANSKY
SANDRA M. STEFANSKY
709 WALLACE WAY
WEATHERLY, PA 18255

RESPECTFULLY SUBMITTED,

s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: December 12, 2018

Case 5:18-bk-04709-RNO    Doc 17    Filed 12/12/18    Entered 12/12/18 08:36:12    Desc
Main Document    Page 2 of 3