# LOCAL BANKRUPTCY FORM
## 10071(c)

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                        :     CHAPTER  13
THOMAS S. STEFANSKY           :
a/k/a Thomas Samuel Stefansky :
a/k/a Thomas Stefansky        :
                              :
SANDRA M. STEFANSKY           :
a/k/a Sandra Marie Stefansky  :     CASE NO. 5:18-bk-
a/k/a Sandra Stefansky        :
                              :
Debtor(s)
```

## pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

<u>I, SANDRA M. STEFANSK</u>Y, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

( )     I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

( )     I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

(X)     My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

( )     I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

( )     I did not receive payment advices due to factors other than those listed above. (Please explain)

_____

_____

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE:  December 21, 2018

/ s/Sandra M. Stefansky
_____
SANDRA M. STEFANSKY