UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER  13
THOMAS S. STEFANSKY                 :
a/k/a Thomas Samuel Stefansky       :
a/k/a Thomas Stefansky              :
                                    :
SANDRA M. STEFANSKY                 :
a/k/a Sandra Marie Stefansky        :    CASE NO. 5:18-bk-
a/k/a Sandra Stefansky              :
                                    :
     Debtor(s)

**<u>DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)</u>**

*If a joint petition is filed each spouse must complete and file a separate certification.*

I, SANDRA M. STEFANSKY, Debtor, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.


I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: December 21, 2018
BY:

Case 5:18-bk-04709-RNO   Doc 26   Filed 12/21/18   Entered 12/21/18 19:38:11   Desc
                    Main Document      Page 1 of 2

```
 /s/Sandra M. Stefansky
SANDRA M. STEFANSKY
Debtor
```