```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-04709-RNO
Thomas S. Stefansky                                                                     Chapter 13
Sandra M. Stefansky
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                Page 1 of 3              Date Rcvd: Jan 22, 2019
                              Form ID: ntcnfhrg            Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db/jdb         +Thomas S. Stefansky,    Sandra M. Stefansky,    709 Wallace Way,    Weatherly, PA 18255-3361
5128236        +Atlantic Trailers,    Vorhees, NJ 08043
5128237       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,   NC4-102-03-14,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
5128238        +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
5128240        +Brian & Shirley Tirpak,    10 Hemlock Drive,    Nesquehoning, PA 18240-2423
5150865        +Brian M and Shirley A Tirpak,    10 Hemlock Rd,    Nesquehoning PA 18240-2423
5128241        +Cap1/Justice,    Capital One Retail Srvs/Attn: Bankruptcy,   Po Box 30258,
                 Salt Lake City, UT 84130-0258
5142780         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5137255        +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
5128247        +Cintax Corporation,    1065 Hanover St.,    Wilkes Barre, PA 18706-2031
5128248        +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
5128257        +Commonwealth Health,    Wilkes-Barre General Hospital,    P.O. Box 1280,   Oaks, PA 19456-1280
5128262        +E.N.T. Surgical Associates, PC,    50 Moisey Dr., Ste 212,    Hazleton, PA 18202-9297
5128263         Eagle Transport Group, Inc.,    709 Wallace Way.,    Weatherly, PA 18255-3361
5128265         Firstsource Advantage, LLC,    206 Bryant Woods South,    Amhert, NY 14228
5128266         Hazleton Professional Services,    P.O. Box 719,    Monroeville, PA 15146-0719
5128268        +Interstate Battery of Pocono Mounta,    1679 River Rd.,    Jenkins Twp., PA 18640-1351
5128270        +Lehigh Valley Health Network,    700 East Broad St.,    Hazleton, PA 18201-6835
5147179        +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
5128278        +MIlton S. Hershey Medical Center,    P.o. Box 853,    Hershey, PA 17033-0853
5128275        +Mauch Chunk Trust Company,    1111 North St,.,    Jim Thorpe, PA 18229-1716
5128276         McElroy, Deutsch, Mulvaney & Carpen,    1617 John F. Kennedy Blvd.,    Suite 1500,
                 Philadelphia, PA 19103-1815
5128280        +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
5128282        +PennCredit,    916 S. 14th St.,    P.O. Box 988,    Harrisburg, PA 17108-0988
5128283        +Rand McNally,    P.O. Box 7600,    Chicago, IL 60680-7600
5128284        +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
5128285        +St. Lukes University Health Network,    801 Ostrum St.,    Bethlehem, PA 18015-1000
5128286        +Steve Shannon Tire Co., Inc.,    P.O. Box 803,    Bloomsburg, PA 17815-0803
5137599        +TMSHMC Hospital,    PO Box 853,    Hershey PA 17033-0853
5137597        +TMSHMC Physician,    PO Box 853,    Hershey PA 17033-0853
5128295        +Wf/floorin,    Mac F8235-02f,    Po Box 10438,    Des Moines, IA 50306-0438
5128296        +Wilkes-Barre General Hospital,    575 North River St.,    Wilkes Barre, PA 18764-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5128234        +E-mail/Text: ally@ebn.phinsolutions.com Jan 22 2019 19:07:45      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5128235        +E-mail/Text: rperez@arcadiarecovery.com Jan 22 2019 19:08:15      Arcadia Recovery Bureau,
                 645 Penn Street,    4th Floor,    Reading, PA 19601-3559
5128239         E-mail/Text: bankruptcy@bbandt.com Jan 22 2019 19:08:00      BB&T,    Attn: Bankruptcy,
                 Po Box 1847,    Wilson, NC 27894
5128243        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2019 19:12:18      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
5128242        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2019 19:12:12      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5128244        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 22 2019 19:12:12
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5137470         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2019 19:12:25
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5128245        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:04      Catherines/Comenity,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5128246        +E-mail/Text: bankruptcy@cavps.com Jan 22 2019 19:08:16      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste. 400,    Valhalla, NY 10595-2321
5128249        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:04      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5128250        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:04      Comenity Bank/Maurices,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5128251        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:05
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
5128252        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:05      Comenity Bank/Woman Within,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5128253         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:05      Comenity Capital Bank/HSN,
                 Attn:  Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
5128254         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:05      Comenity/Fashion Bug,
                 Attn:  Bankrutpcy Dept,    Po Box 18215,    Columbus, OH 43218
5128255        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:05      Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5128256        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:05      Comenitycapital/ultamc,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5128258       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 22 2019 19:08:26
               Department of Labor & Industry,    651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
5128259       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 22 2019 19:08:26
               Department of Labor & Industry,    Office of US Tax Services,    625 Cherry St., Rm 203,
               Reading, PA 19602-1152
5128260       +E-mail/Text: bankruptcy@diamondresorts.com Jan 22 2019 19:08:02
               Diamond Resorts Financial Services,    Attn: Bankruptcy,    10600 W Charleston Blvd,
               Las Vegas, NV 89135-1260
5129942        E-mail/Text: mrdiscen@discover.com Jan 22 2019 19:07:46     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5128261       +E-mail/Text: mrdiscen@discover.com Jan 22 2019 19:07:46     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
5128267        E-mail/Text: cio.bncmail@irs.gov Jan 22 2019 19:07:59     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
5128269       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 22 2019 19:07:58      Kohls/Capital One,
               Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5128271       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2019 19:12:19      LVNV Funding,
               Po Box 10497,    Greenville, SC 29603-0497
5131030        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2019 19:12:19
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5128272        E-mail/Text: camanagement@mtb.com Jan 22 2019 19:08:02     M & T Bank,    Attn: Bankruptcy,
               Po Box 844,    Buffalo, NY 14240
5128273        E-mail/Text: camanagement@mtb.com Jan 22 2019 19:08:02     M&T Bank,    Attn: Bankruptcy,
               1100 Wehrle Dr.,    Williamsville, NY 14221
5150956        E-mail/Text: camanagement@mtb.com Jan 22 2019 19:08:02     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
5128274        E-mail/Text: camanagement@mtb.com Jan 22 2019 19:08:02     M&T Credit Services,
               Legal Document Processing,    1100 Wherle Dr,    Williamsville, NY 14221
5128277       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2019 19:08:10     Midland Credit Management, Inc.,
               2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
5128279       +E-mail/Text: Bankruptcies@nragroup.com Jan 22 2019 19:08:26      National Recovery Agency,
               2491 Paston Street,    Harrisburg, PA 17111-1036
5128281       +E-mail/Text: bankruptcy@diamondresorts.com Jan 22 2019 19:08:02      Ocean Beach Club Llc,
               932 Laskin Road,    Virginia Beach, VA 23451-3990
5150749        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2019 19:12:12
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5128596       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2019 19:12:13
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5147052        E-mail/Text: bnc-quantum@quantum3group.com Jan 22 2019 19:08:06
               Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
5128287       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:11     Syncb Bank/American Eagle,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5150589       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:24     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5128288       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12     Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5128289       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:25     Synchrony Bank/Amazon,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5128290       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12     Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
5128291       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12     Synchrony Bank/Lowes,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5128292       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12     Synchrony Bank/Walmart,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5128293       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12
               Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,    Po Box 965064,
               Orlando, FL 32896-5064
5128294       +E-mail/Text: marisa.sheppard@timepayment.com Jan 22 2019 19:08:13      Timepayment Corp, LLC.,
               16 New England Exec Office Prk S,    Burlington, MA 01803-5217
                                                                                              TOTAL: 45

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5128264        Eagle Transport Group, Inc.
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5128233*      +Allied Interstate, LLC,    P.O. Box 4000,    Warrenton, VA 20188-4000
5128232      ##+Allied Interstate, LLC,    PO Box 4000,    Warrenton, VA 20188-4000
                                                                                      TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2019 at the address(es) listed below:

```
              C. Stephen Gurdin, Jr    on behalf of Debtor 1 Thomas S. Stefansky Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Debtor 2 Sandra M. Stefansky Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas S. Stefansky,
 aka Thomas Samuel Stefansky, aka Thomas Stefansky,

**Debtor 1**

Sandra M. Stefansky,
 aka Sandra Marie Stefansky, aka Sandra Stefansky,

**Debtor 2**

Chapter 13

Case No. 5:18−bk−04709−RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **February 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 20, 2019  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 22, 2019 |

ntcnfhrg (03/18)