```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 18-04709-RNO
Thomas S. Stefansky                                                 Chapter 13
Sandra M. Stefansky
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh              Page 1 of 3              Date Rcvd: Jan 22, 2019
                              Form ID: pdf002            Total Noticed: 77
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
```
db/jdb         +Thomas S. Stefansky,    Sandra M. Stefansky,    709 Wallace Way,    Weatherly, PA 18255-3361
5128236        +Atlantic Trailers,    Vorhees, NJ 08043
5128237       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attention: Recovery Department,    NC4-102-03-14,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
5128238        +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
5128240        +Brian & Shirley Tirpak,    10 Hemlock Drive,    Nesquehoning, PA 18240-2423
5150865        +Brian M and Shirley A Tirpak,    10 Hemlock Rd,    Nesquehoning PA 18240-2423
5128241        +Cap1/Justice,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
5142780         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5137255        +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
5128247        +Cintax Corporation,    1065 Hanover St.,    Wilkes Barre, PA 18706-2031
5128248        +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
5128257        +Commonwealth Health,    Wilkes-Barre General Hospital,    P.O. Box 1280,    Oaks, PA 19456-1280
5128262        +E.N.T. Surgical Associates, PC,    50 Moisey Dr., Ste 212,    Hazleton, PA 18202-9297
5128263         Eagle Transport Group, Inc.,    709 Wallace Way.,    Weatherly, PA 18255-3361
5128265         Firstsource Advantage, LLC,    206 Bryant Woods South,    Amhert, NY 14228
5128266         Hazleton Professional Services,    P.O. Box 719,    Monroeville, PA 15146-0719
5128268        +Interstate Battery of Pocono Mounta,    1679 River Rd.,    Jenkins Twp., PA 18640-1351
5128270        +Lehigh Valley Health Network,    700 East Broad St.,    Hazleton, PA 18201-6835
5147179        +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
5128278        +MIlton S. Hershey Medical Center,    P.o. Box 853,    Hershey, PA 17033-0853
5128275        +Mauch Chunk Trust Company,    1111 North St,.,    Jim Thorpe, PA 18229-1716
5128276         McElroy, Deutsch, Mulvaney & Carpen,    1617 John F. Kennedy Blvd.,    Suite 1500,
                 Philadelphia, PA 19103-1815
5128280        +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
5128282        +PennCredit,    916 S. 14th St.,    P.O. Box 988,    Harrisburg, PA 17108-0988
5128283        +Rand McNally,    P.O. Box 7600,    Chicago, IL 60680-7600
5128284        +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
5128285        +St. Lukes University Health Network,    801 Ostrum St.,    Bethlehem, PA 18015-1000
5128286        +Steve Shannon Tire Co., Inc.,    P.O. Box 803,    Bloomsburg, PA 17815-0803
5137599        +TMSHMC Hospital,    PO Box 853,    Hershey PA 17033-0853
5137597        +TMSHMC Physician,    PO Box 853,    Hershey PA 17033-0853
5128295        +Wf/floorin,    Mac F8235-02f,    Po Box 10438,    Des Moines, IA 50306-0438
5128296        +Wilkes-Barre General Hospital,    575 North River St.,    Wilkes Barre, PA 18764-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5128234        +E-mail/Text: ally@ebn.phinsolutions.com Jan 22 2019 19:07:45      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5128235        +E-mail/Text: rperez@arcadiarecovery.com Jan 22 2019 19:08:15      Arcadia Recovery Bureau,
                 645 Penn Street,    4th Floor,    Reading, PA 19601-3559
5128239         E-mail/Text: bankruptcy@bbandt.com Jan 22 2019 19:08:00      BB&T,    Attn: Bankruptcy,
                 Po Box 1847,    Wilson, NC 27894
5128243        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2019 19:12:12       Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
5128242        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2019 19:12:24       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5128244        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 22 2019 19:12:18
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5137470         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2019 19:12:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5128245        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:03      Catherines/Comenity,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5128246        +E-mail/Text: bankruptcy@cavps.com Jan 22 2019 19:08:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste. 400,    Valhalla, NY 10595-2321
5128249        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:03      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5128250        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:03      Comenity Bank/Maurices,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5128251        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:03
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
5128252        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:03      Comenity Bank/Woman Within,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5128253         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:03      Comenity Capital Bank/HSN,
                 Attn:  Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
5128254         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:04      Comenity/Fashion Bug,
                 Attn:  Bankrutpcy Dept,    Po Box 18215,    Columbus, OH 43218
5128255        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:04      Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5128256        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2019 19:08:04      Comenitycapital/ultamc,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5128258        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 22 2019 19:08:25
                 Department of Labor & Industry,    651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
5128259        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 22 2019 19:08:25
                 Department of Labor & Industry,    Office of US Tax Services,    625 Cherry St., Rm 203,
                 Reading, PA 19602-1152
5128260        +E-mail/Text: bankruptcy@diamondresorts.com Jan 22 2019 19:08:02
                 Diamond Resorts Financial Services,    Attn: Bankruptcy,    10600 W Charleston Blvd,
                 Las Vegas, NV 89135-1260
5129942         E-mail/Text: mrdiscen@discover.com Jan 22 2019 19:07:46     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5128261        +E-mail/Text: mrdiscen@discover.com Jan 22 2019 19:07:46     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
5128267         E-mail/Text: cio.bncmail@irs.gov Jan 22 2019 19:07:59     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
5128269        +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 22 2019 19:07:58     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5128271        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2019 19:12:19     LVNV Funding,
                 Po Box 10497,    Greenville, SC 29603-0497
5131030         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2019 19:12:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5128272         E-mail/Text: camanagement@mtb.com Jan 22 2019 19:08:02     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
5128273         E-mail/Text: camanagement@mtb.com Jan 22 2019 19:08:02     M&T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr.,    Williamsville, NY 14221
5150956         E-mail/Text: camanagement@mtb.com Jan 22 2019 19:08:02     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
5128274         E-mail/Text: camanagement@mtb.com Jan 22 2019 19:08:02     M&T Credit Services,
                 Legal Document Processing,    1100 Wherle Dr,    Williamsville, NY 14221
5128277        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2019 19:08:10     Midland Credit Management, Inc.,
                 2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
5128279        +E-mail/Text: Bankruptcies@nragroup.com Jan 22 2019 19:08:26     National Recovery Agency,
                 2491 Paston Street,    Harrisburg, PA 17111-1036
5128281        +E-mail/Text: bankruptcy@diamondresorts.com Jan 22 2019 19:08:02     Ocean Beach Club Llc,
                 932 Laskin Road,    Virginia Beach, VA 23451-3990
5150749         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2019 19:12:25
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5128596        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2019 19:12:25
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5147052         E-mail/Text: bnc-quantum@quantum3group.com Jan 22 2019 19:08:06
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
5128287        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:24     Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5150589        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:24     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5128288        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:24     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5128289        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12     Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5128290        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
5128291        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12     Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5128292        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12     Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5128293        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2019 19:12:12
                 Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,    Po Box 965064,
                 Orlando, FL 32896-5064
5128294        +E-mail/Text: marisa.sheppard@timepayment.com Jan 22 2019 19:08:13     Timepayment Corp, LLC.,
                 16 New England Exec Office Prk S,    Burlington, MA 01803-5217
                                                                                               TOTAL: 45

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5128264          Eagle Transport Group, Inc.
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5128233*        +Allied Interstate, LLC,    P.O. Box 4000,    Warrenton, VA 20188-4000
5128232        ##+Allied Interstate, LLC,    PO Box 4000,    Warrenton, VA 20188-4000
                                                                                  TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
              C. Stephen Gurdin, Jr   on behalf of Debtor 1 Thomas S. Stefansky Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr   on behalf of Debtor 2 Sandra M. Stefansky Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| THOMAS S. STEFANSKY | : | |
| a/k/a Thomas Samuel Stefansky | : | CASE NO. 5:18-bk-04709-RNO |
| a/k/a Thomas Stefansky | : | |
| | : | ___ ORIGINAL PLAN |
| SANDRA M. STEFANSKY | : 1st__ AMENDED PLAN (Indicate 1ST, 2ND, |
| a/k/a Sandra Marie Stefansky | : | 3RD), etc. |
| a/k/a Sandra Stefansky | : 0 Number of Motions to Avoid Liens |
| | : 0 Number of Motions to Value Collateral |

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | (X) Included | ( ) Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ( ) Included | (X) Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ( ) Included | (X) Not Included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. PLAN FUNDING AND LENGTH OF PLAN.

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $0.00 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit

payments through the Trustee as set forth below. The total base plan is $119,668.05 plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 01/2019 | 03/2020 | 341.45 | 0.00 | 341.45 | 5,121.75 |
| 04/2020 | 08/2020 | 879.86 | 0.00 | 879.86 | 4,399.30 |
| 09/2020 | 02/2021 | 1,659.22 | 0.00 | 1,659.22 | 9,955.32 |
| 03/2021 | 08/2021 | 1,859.22 | 0.00 | 1,859.22 | 11,155.32 |
| 09/2021 | 02/2022 | 2,209.22 | 0.00 | 2,209.22 | 13,255.32 |
| 03/2022 | 08/2022 | 2,659.22 | 0.00 | 2,659.22 | 15,955.32 |
| 09/2022 | 02/2023 | 3,309.22 | 0.00 | 3,309.22 | 19,855.32 |
| 03/2023 | 08/2023 | 4,109.22 | 0.00 | 4,109.22 | 24,655.32 |
| 09/2023 | 12/2023 | 4,728.77 | 0.00 | 4,728.77 | 18,915.08 |
|  |  |  |  | Total Payments: | 119,668.05 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: (X) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

   ( ) Debtor is over median income. Debtor estimates that a minimum of $_____ must be paid to allowed unsecured creditors in order to comply with the Means Test.

**B. Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $ 0.00. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

   _X_   No assets will be liquidated. *If this line is checked, the rest of § 1.8 need not be completed or reproduced.*

    \_\_\_\_    Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____
All sales shall be completed by_____, 20 _____
If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____
_____

**2. SECURED CLAIMS.**

    A. **Pre-Confirmation Distributions.** *Check one.*

  _X_  None. *If "'None" is checked, the rest of § 2.A need not be completed or reproduced.*

  \_\_\_\_  Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
|  |  |  |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

    B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and other Direct Payments by Debtor**. *Check one.*

___ None. *If "'None" is checked, the rest of § 2.B need not be completed or reproduced.*

 X  Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of these terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| M&T Bank<br>Attn: Bankruptcy<br>PO Box 844<br>Buffalo, NY 14240 | Residence located at<br>709 Wallace Way<br>Weatherly, PA 18255 | 4498 |
| M&T Credit Services<br>Legal Document Processing<br>1100 Wherle Dr.<br>Williamsville, NY 14221 | 2013 Chevrolet Camaro | 0001 |
| Santander Consumer USA<br>Attn: Bankruptcy<br>PO Box 961245<br>Fort Worth, TX 76161 | 2015 Chrysler Town & Country | 1000 |

**C. Arrears (Including, but not limited to claims secured by Debtor's principal residence).** *Check one.*

 X  None. *If "None is checked, the rest of § 2.C need not be completed or reproduced.*

___ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-Petition Arrears to Be Cured | Estimated Post-Petition Arrears to Be Cured | Estimated Total to Be paid in plan |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**D.** Other secured claims (conduit payments and claims for which a § 506 valuation Is not applicable. etc.)

___ None. *If "None is checked, the rest of § 2.0 need not be completed or reproduced.*

_X_ The claims below are secured claims for which a § 506 valuation is not applicable, and can include:(1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value;(2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to Be Paid in Plan |
|---|---|---|---|---|
| Internal Revenue Service | Residence located at 709 Wallace Way Weatherly, PA 18255 | 32,800.19 | 0.00 | 32,800.19 |
| Mauch Chunk Trust Company 1111 North St. Jim Thorpe, PA 18229 | Residence located at 709 Wallace Way Weatherly, PA 18255 | 44,240.01 | 0.00 | 44,240.01 |
| | | | | |

**E. Secured claims for which a § 506 valuation is applicable**. *Check one.*

_X_ None. *If '"None" is checked, the rest of § 2.E need not be completed or reproduced.*

___ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan or Adversary or Other Action |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**F. Surrender of Collateral**. *Check one*.

___ None. *If '"None" is checked, the rest of § 2.F need not be completed or reproduced.*

 X  The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan, the stay under 11 U.S.C.§ 362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Diamond Resorts Financial Services | Timeshare<br>Diamond Resorts<br>Virginia Beach, VA<br>To be surrendered in full satisfaction of the secured claim. |
|  |  |
|  |  |

**G. Lien Avoidance**. *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

  _X_    None. *If '"None" is checked, the rest of § 2.G need not be completed or reproduced.*

  ___    The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder | | |
|---|---|---|
| Lien Description For a judicial lien, include court and docket number. | | |
| Description of the liened property. | | |
| Liened Asset Value | | |
| Sum of Senior Liens. | | |
| Exemption Claimed. | | |
| Amount of Lien. | | |
| Amount Avoided. | | |

**3. PRIORITY CLAIMS.**
   **A. Administrative Claims**

1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney's fees</u>. Complete only one of the following options:

   a. In addition to the retainer of $_____ already paid by the Debtor, the amount of $_____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in LB.R. 2016-2(c); or

   b. $ 360.00 per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. Other. Other administrative claims not included in §§ 3A1 or 3A2 above. *Check one of the following two lines*.

  _X_    None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

  ___    The following administrative claims will be paid in full.

| Name of Creditor | Estimated Total Payment |
|---|---|
| | |
| | |

**B. Priority Claims (Including, but not limited to, Domestic Support Obligations other than those treated In §3.C below).** *Check one of the following two lines.*

Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| PA Department of Revenue | 33,763.54 |
| | |
| | |

**C. Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C.§507(a)(1)(B).** *Check one of the following two lines.*

__X__  None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

____  The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. This plan provision requires that payments in § 1.A. be for a term of 60 months (see 11 U.S.C. §1322(a)(4)).

| Name of Creditor | Estimated Total Payment |
|---|---|
| | |

**4. UNSECURED CLAIMS**

A. **Claims of Unsecured Nonprlorlty Creditors Specially Classified**. *Check one of the following two lines.*

__X__  None. *If None" is checked, the rest of § 4.A need not be completed or reproduced.*

____  To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
|  |  |  |  |  |

B. Remaining allowed unsecured claims will receive a pro-rata distribution of f funds remaining after payment of other classes.

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ___    None. *If '"None" is checked, the rest of § 5 need not be completed or reproduced.*

    X     The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Brian & Shirley Tirpak 10 Hemlock Dr. Nesquehoning, PA 18240 | Lease of commercial building located at 2654 Claremont Ave., Tamaqua, PA 18252 | 2,000.00 | 0.00 | 0.00 | 0.00 | Reject |
| Snap-On Credit Attn: Bankruptcy 950 Technology Way, Suite 301 Libertyville, IL 60048 | Subscription contract for software for professional automotive diagnostic tool | 66.16 | 0.00 | 0.00 | 0.00 | Assume |
| Timepayment Corp., LLC 16 New England Exec Office Prk S. Burlington, MA 01803 | Lease of fifth wheel wrecker | 450.00 | 0.00 | 0.00 | 0.00 | Reject |
|  |  |  |  |  |  |  |

**6. VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest In the Debtor upon**

*Check the applicable line:*

    ___ plan confirmation.
    ___ entry of discharge.
    _X_ closing of the case:

**7. DISCHARGE: (Check one)**

    (X) The debtor will seek a discharge pursuant to § 1328(a).
    ( ) The debtor is not eligible for a discharge because the debtor has previously
        received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Level 1_____
Level 2_____
Level 3_____
Level 4_____
Level 5_____
Level 6_____
Level 7_____
Level 8_____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan Is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

A. The Debtor reserves the right to object to any claim at any time.
B. The 2013 Chevrolet Camaro will be paid off in March 2020.  Plan payment will increase by $538.41 in April 2020.
C. The 2015 Chrysler Town & County will be paid off in August 2020.  The plan payment will increase by $679.34 in September 2020.

Dated: January 18, 2019       /s/C. Stephen Gurdin, Jr., Esq.
C. STEPHEN GURDIN, JR., ESQUIRE
Attorney for Debtor(s)
67-69 Public Square, Suite 501
WILKES-BARRE PA 18701-2512
Phone (570) 826-0481 fax (570) 822-7780
e-mail Stephen@gurdinlaw.com


 /s/Thomas S. Stefansky
THOMAS S. STEFANSKY, Debtor


 /s/Sandra M. Stefansky
SANDRA M. STEFANSKY, Joint Debtor


By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.