## C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

November 5, 2019

CLERK U.S. BANKRUPTCY COURT
274 Max Rosenn U.S. Courthouse
197 South Main St.
WILKES BARRE PA 18701

    RE:   THOMAS & SANDRA STEFANSKY
           CHAPTER 13 BANKRUPTCY
           CASE NO. 5:18-bk-04709-RNO

Dear Madam/Sir:

I have received returned mail for Allied Interstate, a creditor in the above-referenced bankruptcy. The incorrect address is:

        Allied Interstate, LLC
        P.O. Box 4000
        Warrenton, VA 20188-4000

Please note the new address. Correspondence should be mailed to:

        Allied Interstate
        PO Box 19312
        Minneapolis, MN 55419

Kindly update your records. Thank you.

Very truly yours,


/s/Michelle Bergeron
Michelle Bergeron, Paralegal
For C. STEPHEN GURDIN, JR.