United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Thomas S. Stefansky  
Sandra M. Stefansky  
    Debtors

Case No. 18-04709-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 18, 2021     Form ID: nttext     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     + Thomas S. Stefansky, Sandra M. Stefansky, 709 Wallace Way, Weatherly, PA 18255-3361

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

**Name**     **Email Address**

C. Stephen Gurdin, Jr  
    on behalf of Debtor 1 Thomas S. Stefansky Stephen@gurdinlaw.com michelle@gurdinlaw.com

C. Stephen Gurdin, Jr  
    on behalf of Debtor 2 Sandra M. Stefansky Stephen@gurdinlaw.com michelle@gurdinlaw.com

Charles J DeHart, III (Trustee)  
    TWecf@pamd13trustee.com

James Warmbrodt  
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

United States Trustee  
    ustpregion03.ha.ecf@usdoj.gov

| UNITED STATES BANKRUPTCY COURT |||
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |||
| In re: | | |
| Thomas S. Stefansky,<br>aka Thomas Samuel Stefansky, aka Thomas Stefansky, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−04709−RNO |
| Sandra M. Stefansky,<br>aka Sandra Marie Stefansky, aka Sandra Stefansky, | | |
| **Debtor 2** | | |
| **Notice** |||
| A hearing in this matter is currently scheduled for 4/7/2021. Pursuant to General order 2013−03, in−court appearances are now permitted. If you wish to participate remotely pursuant to L.R. 9074−1(a), you must use the Court's Zoom video system. The information regarding our Zoom video system can be found on our webpage http://www.pamb.uscourts.gov, under the section Remote Appearance Guide. The Court will not be using Courtcall. All other information on the original Notice will remain in full force and effect. (RE: related document(s)53). (Boyle, Cindy) |||
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk ||
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 18, 2021 ||

Notice Text Entries (Form nttext) (3/20)