# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512

---

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

July 23, 2021

CLERK U.S. BANKRUPTCY COURT
274 Max Rosenn U.S. Courthouse
197 South Main St.
WILKES BARRE PA 18701

    RE:    THOMAS S. STEFANSKY
            SANDRA M. STEFANSKY
            CHAPTER 13 BANKRUPTCY
            CASE NO. 5:18-bk-04709

Dear Madam/Sir:

I have received returned mail for ENT Surgical Associates, PA, a creditor in the above-referenced bankruptcy. The incorrect address is:

        ENT Surgical Associates, PC
        50 Moisey Dr., Ste. 212
        Hazleton, PA 18202-9297

Please note the new address. Correspondence should be mailed to:
        ENT Surgical Associates, PC
        668 N. Church St.
        Hazleton, PA 18201-3194

Kindly update your records. Thank you.

Very truly yours,


/s/Michelle Bergeron
Michelle Bergeron, Paralegal
For C. STEPHEN GURDIN, JR.