Certificate Number: 16339-PAM-DE-032021624

Bankruptcy Case Number: 18-04709



16339-PAM-DE-032021624

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 11, 2018, at 8:35 o'clock PM EST, Thomas Stefansky completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 11, 2018

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor