Certificate Number: 16339-PAM-DE-032021626

Bankruptcy Case Number: 18-04709


16339-PAM-DE-032021626

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 11, 2018</u>, at <u>8:35</u> o'clock <u>PM EST</u>, <u>Sandra Stefansky</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   December 11, 2018          By:     /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor