## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra M. Stefansky aka Sandra Marie Stefansky aka Sandra Stefansky<br>   Thomas M. Stefansky aka Thomas Samuel Stefansky aka Thomas Stefansky<br>      Debtor(s) | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>      Movant<br>  vs. | NO. 18-04709 MJC |
| Sandra M. Stefansky aka Sandra Marie Stefansky aka Sandra Stefansky<br>Thomas M. Stefansky aka Thomas Samuel Stefansky aka Thomas Stefansky<br>      Debtor(s) | |
| Jack N. Zaharopoulos<br>      Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Notice of Mortgage Payment Change of M&T Bank, which was filed with the Court on or about **5/8/2023**.

Dated: April 16, 2025

              Respectfully submitted,

              /s/Stephanie A. Walczak
              Stephanie A. Walczak, Esq.
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              Phone: (215)-627-1322
              swalczak@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra M. Stefansky aka Sandra Marie Stefansky aka Sandra Stefansky Thomas M. Stefansky aka Thomas Samuel Stefansky aka Thomas Stefansky<br>Debtor(s) | BK NO. 18-04709 MJC<br><br>Chapter 13<br><br>Related to Claim No. 24 |
| M&T Bank<br>Movant<br>vs.<br><br>Sandra M. Stefansky aka Sandra Marie Stefansky aka Sandra Stefansky Thomas M. Stefansky aka Thomas Samuel Stefansky aka Thomas Stefansky<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | |

## CERTIFICATE OF SERVICE
## PRAECIPE TO WITHDRAW

I, Stephanie A. Walczak KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 16, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Sandra M. Stefansky aka Sandra Marie Stefansky
aka Sandra Stefansky
709 Wallace Way
Weatherly, PA 18255

Thomas M. Stefansky aka Thomas Samuel
Stefansky aka Thomas Stefansky
709 Wallace Way
Weatherly, PA 18255

<u>Attorney for Debtor(s)</u>
C. Stephen Gurdin, Jr.,
67-69 Public Square, Suite 501
Wilkes-Barre, PA 18701-2512

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>April 16, 2025</u>

                **/s/ Stephanie A. Walczak**
                Stephanie A. Walczak
                Attorney I.D. 320431
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                (412) 475-8764
                swalczak@kmllawgroup.com