**Fill in this information to identify the case:**

Debtor 1    THOMAS S. STEFANSKY

Debtor 2    SANDRA M. STEFANSKY
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of    PA
(State)

Case number    18-04709

# Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** M&T BANK

**Court claim no.** (if known): 24

**Last 4 digits** of any number you use to identify the debtor's account:  4  4  9  8

**Property address:** 709 WALLACE WAY
Number        Street

WEATHERLY,        PA        18255
City                State      ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 1,247.15 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,247.15 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,247.15 |

Case 5:18-bk-04709-MJC    Doc 82    Filed 02/24/26    Entered 02/24/26 07:27:56    Desc
Main Document      Page 1 of 5

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____.  All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager                Date   2 / 24 / 2026
Signature

Trustee     Jack              N          Zaharopoulos
            First Name        Middle Name    Last Name

Address     8125 Adams Drive, Suite A
            Number          Street

            Hummelstown              PA          17036
            City                     State       ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email info@pamd13trustee.com

Case 5:18-bk-04709-MJC   Doc 82   Filed 02/24/26   Entered 02/24/26 07:27:56   Desc
Main Document     Page 2 of 5

# Disbursements for Claim

**Case: 18-04709**     **THOMAS S. STEFANSKY**

**M & T BANK**
P.O. BOX 1288

BUFFALO, NY  14240-

Acct No:  4498/PRE ARREARS/709 WALL

Sequence:  24
Modify:
Filed Date:  1/15/2019  12:00:00AM
Hold Code:

|  | Debt: | $1,247.15 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- |
| Amt Sched: $105,849.00 | | | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $1,196.10 | Balance Due: | $51.05 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | DisbDescrp | | |
| **5200** | **M & T BANK** | | | | | | | |
| 520-0 | M & T BANK | | 12/17/2025 | 9021593 | $19.62 | $0.00 | $19.62 | 12/17/2025 |
| 520-0 | M & T BANK | | 11/19/2025 | 9021441 | $39.26 | $0.00 | $39.26 | 11/19/2025 |
| 520-0 | M & T BANK | | 09/16/2025 | 9021133 | $20.56 | $0.00 | $20.56 | 09/16/2025 |
| 520-0 | M & T BANK | | 08/18/2025 | 9020980 | $20.57 | $0.00 | $20.57 | 08/18/2025 |
| 520-0 | M & T BANK | | 07/22/2025 | 9020823 | $20.57 | $0.00 | $20.57 | 07/22/2025 |
| 520-0 | M & T BANK | | 06/17/2025 | 9020657 | $20.56 | $0.00 | $20.56 | 06/17/2025 |
| 520-0 | M & T BANK | | 05/14/2025 | 9020485 | $39.25 | $0.00 | $39.25 | 05/14/2025 |
| 520-0 | M & T BANK | | 03/18/2025 | 9020160 | $19.63 | $0.00 | $19.63 | 03/18/2025 |
| 520-0 | M & T BANK | | 02/19/2025 | 9019999 | $19.63 | $0.00 | $19.63 | 02/19/2025 |
| 520-0 | M & T BANK | | 01/15/2025 | 9019831 | $19.62 | $0.00 | $19.62 | 01/15/2025 |
| 520-0 | M & T BANK | | 12/17/2024 | 9019660 | $19.64 | $0.00 | $19.64 | 12/17/2024 |
| 520-0 | M & T BANK | | 11/19/2024 | 9019498 | $19.62 | $0.00 | $19.62 | 11/19/2024 |
| 520-0 | M & T BANK | | 10/23/2024 | 9019336 | $19.63 | $0.00 | $19.63 | 10/23/2024 |
| 520-0 | M & T BANK | | 09/17/2024 | 9019162 | $39.25 | $0.00 | $39.25 | 09/17/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | M & T BANK | | 08/07/2024 | 9018987 | $19.63 | $0.00 | $19.63 | 08/07/2024 |
| 520-0 | M & T BANK | | 06/18/2024 | 9018665 | $19.63 | $0.00 | $19.63 | 06/18/2024 |
| 520-0 | M & T BANK | | 05/22/2024 | 9018490 | $19.62 | $0.00 | $19.62 | 05/22/2024 |
| 520-0 | M & T BANK | | 04/17/2024 | 9018316 | $19.64 | $0.00 | $19.64 | 04/17/2024 |
| 520-0 | M & T BANK | | 03/14/2024 | 9018136 | $19.62 | $0.00 | $19.62 | 03/14/2024 |
| 520-0 | M & T BANK | | 02/14/2024 | 9017955 | $39.25 | $0.00 | $39.25 | 02/14/2024 |
| 520-0 | M & T BANK | | 12/19/2023 | 9017632 | $19.63 | $0.00 | $19.63 | 12/19/2023 |
| 520-0 | M & T BANK | | 11/15/2023 | 9017466 | $19.62 | $0.00 | $19.62 | 11/15/2023 |
| 520-0 | M & T BANK | | 10/18/2023 | 9017286 | $19.64 | $0.00 | $19.64 | 10/18/2023 |
| 520-0 | M & T BANK | | 09/19/2023 | 9017103 | $41.30 | $0.00 | $41.30 | 09/19/2023 |
| 520-0 | M & T BANK | | 08/09/2023 | 9016915 | $20.65 | $0.00 | $20.65 | 08/09/2023 |
| 520-0 | M & T BANK | | 07/11/2023 | 9016732 | $20.65 | $0.00 | $20.65 | 07/11/2023 |
| 520-0 | M & T BANK | | 05/16/2023 | 9016368 | $19.84 | $0.00 | $19.84 | 05/16/2023 |
| 520-0 | M & T BANK | | 04/18/2023 | 9016175 | $19.84 | $0.00 | $19.84 | 04/19/2023 |
| 520-0 | M & T BANK | | 03/15/2023 | 9015971 | $42.90 | $0.00 | $42.90 | 03/15/2023 |
| 520-0 | M & T BANK | | 01/18/2023 | 9015561 | $42.89 | $0.00 | $42.89 | 01/18/2023 |
| 520-0 | M & T BANK | | 11/16/2022 | 9015146 | $21.44 | $0.00 | $21.44 | 11/16/2022 |
| 520-0 | M & T BANK | | 10/18/2022 | 9014929 | $44.07 | $0.00 | $44.07 | 10/18/2022 |
| 520-0 | M & T BANK | | 08/17/2022 | 9014508 | $45.24 | $0.00 | $45.24 | 08/18/2022 |
| 520-0 | M & T BANK | | 06/14/2022 | 9014083 | $21.06 | $0.00 | $21.06 | 06/14/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | DisbDescrp | | |
| 520-0 | M & T BANK | | 05/17/2022 | 9013870 | $37.89 | $0.00 | $37.89 | 05/17/2022 |
| 520-0 | M & T BANK | | 03/16/2022 | 9013439 | $16.85 | $0.00 | $16.85 | 03/16/2022 |
| 520-0 | M & T BANK | | 02/16/2022 | 9013216 | $16.84 | $0.00 | $16.84 | 02/16/2022 |
| 520-0 | M & T BANK | | 01/19/2022 | 9012993 | $16.84 | $0.00 | $16.84 | 01/19/2022 |
| 520-0 | M & T BANK | | 12/15/2021 | 9012752 | $33.68 | $0.00 | $33.68 | 12/15/2021 |
| 520-0 | M & T BANK | | 11/16/2021 | 9012502 | $16.84 | $0.00 | $16.84 | 11/16/2021 |
| 520-0 | M & T BANK | | 10/14/2021 | 9012249 | $17.34 | $0.00 | $17.34 | 10/14/2021 |
| 520-0 | M & T BANK | | 08/18/2021 | 9011747 | $17.34 | $0.00 | $17.34 | 08/18/2021 |
| 520-0 | M & T BANK | | 07/14/2021 | 9011479 | $17.34 | $0.00 | $17.34 | 07/14/2021 |
| 520-0 | M & T BANK | | 06/16/2021 | 9011215 | $17.34 | $0.00 | $17.34 | 06/16/2021 |
| 520-0 | M & T BANK | | 05/18/2021 | 9010941 | $17.35 | $0.00 | $17.35 | 05/19/2021 |
| 520-0 | M & T BANK | | 04/15/2021 | 9010658 | $76.27 | $0.00 | $76.27 | 05/13/2021 |
| 520-0 | M & T BANK | | 03/17/2021 | 9010370 | $20.61 | $0.00 | $20.61 | 03/17/2021 |

Sub-totals: **$1,196.10** **$0.00** **$1,196.10**

Grand Total: **$1,196.10** **$0.00**