United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 18-04709-MJC

Thomas S. Stefansky                                                       Chapter 13

Sandra M. Stefansky

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                        Page 1 of 5

Date Rcvd: Mar 02, 2026                 Form ID: 3180W                  Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Thomas S. Stefansky, Sandra M. Stefansky, 709 Wallace Way, Weatherly, PA 18255-3361 |
| 5128236 | + | Atlantic Trailers, Vorhees, NJ 08043 |
| 5128240 | + | Brian & Shirley Tirpak, 10 Hemlock Drive, Nesquehoning, PA 18240-2423 |
| 5150865 | + | Brian M and Shirley A Tirpak, 10 Hemlock Rd, Nesquehoning PA 18240-2423 |
| 5128247 | + | Cintax Corporation, 1065 Hanover St., Wilkes Barre, PA 18706-2031 |
| 5128257 | + | Commonwealth Health, Wilkes-Barre General Hospital, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5128259 | + | Department of Labor & Industry, Office of US Tax Services, 625 Cherry St., Rm 203, Reading, PA 19602-1152 |
| 5128262 | | E.N.T. Surgical Associates, PC, 668 N. Church St., Hazleton, PA 18201-3194 |
| 5128263 | | Eagle Transport Group, Inc., 709 Wallace Way., Weatherly, PA 18255-3361 |
| 5128265 | | Firstsource Advantage, LLC, 206 Bryant Woods South, Amhert, NY 14228 |
| 5128266 | | Hazleton Professional Services, P.O. Box 719, Monroeville, PA 15146-0719 |
| 5128268 | + | Interstate Battery of Pocono Mounta, 1679 River Rd., Jenkins Twp., PA 18640-1351 |
| 5128270 | + | Lehigh Valley Health Network, 700 East Broad St., Hazleton, PA 18201-6835 |
| 5128278 | + | MIlton S. Hershey Medical Center, P.o. Box 853, Hershey, PA 17033-0853 |
| 5128275 | + | Mauch Chunk Trust Company, 1111 North St,., Jim Thorpe, PA 18229-1716 |
| 5128276 | | McElroy, Deutsch, Mulvaney & Carpen, 1617 John F. Kennedy Blvd., Suite 1500, Philadelphia, PA 19103-1815 |
| 5235676 | + | Penn Power Group, 1080 Hanover St., Wilkes-Barre, PA 18706-2000 |
| 5128286 | + | Steve Shannon Tire Co., Inc., P.O. Box 803, Bloomsburg, PA 17815-0803 |
| 5137597 | + | The Milton S. Hershey Medical Center, 500 University Dr., Hershey, PA 17033-2390 |
| 5128296 | + | Wilkes-Barre General Hospital, 575 North River St., Wilkes Barre, PA 18764-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5128234 | + | EDI: GMACFS.COM | Mar 02 2026 23:58:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5128235 | + | Email/Text: rperez@arcadiarecovery.com | Mar 02 2026 18:59:00 | Arcadia Recovery Bureau, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 5128237 | | EDI: BANKAMER | Mar 02 2026 23:58:00 | Bank Of America, Attention: Recovery Department, NC4-102-03-14, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 5128239 | | Email/Text: bankruptcy@bbandt.com | Mar 02 2026 18:59:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 5128238 | + | EDI: TSYS2 | Mar 02 2026 23:58:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5128241 | + | EDI: CAPITALONE.COM | Mar 02 2026 23:58:00 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT |

84130-0258

5128242    + EDI: CAPITALONE.COM

Mar 02 2026 23:58:00    Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285

5128243    + EDI: CAPITALONE.COM

Mar 02 2026 23:58:00    Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285

5128244    + EDI: CAPONEAUTO.COM

Mar 02 2026 23:58:00    Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285

5137470    EDI: CAPITALONE.COM

Mar 02 2026 23:58:00    Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083

5142780    Email/PDF: bncnotices@becket-lee.com

Mar 02 2026 19:01:07    Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701

5128245    + EDI: WFNNB.COM

Mar 02 2026 23:58:00    Catherines/Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125

5128246    + Email/Text: bankruptcy@cavps.com

Mar 02 2026 18:59:00    Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste. 400, Valhalla, NY 10595-2321

5137255    + Email/Text: enotifications@santanderconsumerusa.com

Mar 02 2026 18:59:00    Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275

5128248    + EDI: CITICORP

Mar 02 2026 23:58:00    Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034

5128249    + EDI: WFNNB.COM

Mar 02 2026 23:58:00    Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125

5128250    + EDI: WFNNB.COM

Mar 02 2026 23:58:00    Comenity Bank/Maurices, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125

5128251    + EDI: WFNNB.COM

Mar 02 2026 23:58:00    Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125

5128252    + EDI: WFNNB.COM

Mar 02 2026 23:58:00    Comenity Bank/Woman Within, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125

5128253    EDI: WFNNB.COM

Mar 02 2026 23:58:00    Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218

5128254    EDI: WFNNB.COM

Mar 02 2026 23:58:00    Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218

5128255    + EDI: WFNNB.COM

Mar 02 2026 23:58:00    Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125

5128256    + EDI: WFNNB.COM

Mar 02 2026 23:58:00    Comenitycapital/ultamc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125

5128258    Email/Text: ra-li-occ-esbkpt-hbg@pa.gov

Mar 02 2026 18:59:00    Department of Labor & Industry, 651 Boas Street, Room 702, Harrisburg, PA 17121

5128260    + Email/Text: bankruptcy@hgv.com

Mar 02 2026 18:59:00    Diamond Resorts Financial Services, Attn: Bankruptcy, 10600 W Charleston Blvd, Las Vegas, NV 89135-1260

5129942    EDI: DISCOVER

Mar 02 2026 23:58:00    Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025

5128261    + EDI: DISCOVER

Mar 02 2026 23:58:00    Discover Financial, Po Box 3025, New Albany, OH 43054-3025

5128267    EDI: IRS.COM

Mar 02 2026 23:58:00    Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

5128269    + EDI: CAPITALONE.COM

Mar 02 2026 23:58:00    Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120

5128271    + Email/PDF: resurgentbknotifications@resurgent.com

Mar 02 2026 19:01:04    LVNV Funding, Po Box 10497, Greenville, SC 29603-0497

5131030    Email/PDF: resurgentbknotifications@resurgent.com

| | | | |
|---|---|---|---|
| | | Mar 02 2026 19:01:04 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5128272 | | Email/Text: camanagement@mtb.com | |
| | | Mar 02 2026 18:59:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5128273 | | Email/Text: camanagement@mtb.com | |
| | | Mar 02 2026 18:59:00 | M&T Bank, Attn: Bankruptcy, 1100 Wehrle Dr., Williamsville, NY 14221 |
| 5150956 | | Email/Text: camanagement@mtb.com | |
| | | Mar 02 2026 18:59:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5128274 | | Email/Text: camanagement@mtb.com | |
| | | Mar 02 2026 18:59:00 | M&T Credit Services, Legal Document Processing, 1100 Wherle Dr, Williamsville, NY 14221 |
| 5147179 | + | Email/Text: camanagement@mtb.com | |
| | | Mar 02 2026 18:59:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5128277 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Mar 02 2026 18:59:00 | Midland Credit Management, Inc., 2365 Northside Dr., Suite 300, San Diego, CA 92108-2710 |
| 5128280 | ^ | MEBN | |
| | | Mar 02 2026 18:54:13 | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 5128279 | + | Email/Text: Bankruptcies@nragroup.com | |
| | | Mar 02 2026 18:59:00 | National Recovery Agency, 2491 Paston Street, Harrisburg, PA 17111-1036 |
| 5128281 | + | Email/Text: bankruptcy@hgv.com | |
| | | Mar 02 2026 18:59:00 | Ocean Beach Club Llc, 932 Laskin Road, Virginia Beach, VA 23451-3990 |
| 5128282 | | Email/Text: bankruptcies@penncredit.com | |
| | | Mar 02 2026 18:59:00 | PennCredit, 2800 Commerce Dr., Harrisburg, PA 17110 |
| 5150749 | | EDI: PRA.COM | |
| | | Mar 02 2026 23:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5128596 | + | EDI: PRA.COM | |
| | | Mar 02 2026 23:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193897 | | EDI: PENNDEPTREV | |
| | | Mar 02 2026 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5147052 | | EDI: Q3G.COM | |
| | | Mar 02 2026 23:58:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5128284 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Mar 02 2026 18:59:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5128285 | ^ | MEBN | |
| | | Mar 02 2026 18:54:25 | St. Lukes University Health Network, 801 Ostrum St., Bethlehem, PA 18015-1000 |
| 5128287 | + | EDI: SYNC | |
| | | Mar 02 2026 23:58:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5150589 | + | EDI: AISACG.COM | |
| | | Mar 02 2026 23:58:00 | Synchrony Bank by AIS, InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5128288 | + | EDI: SYNC | |
| | | Mar 02 2026 23:58:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5128289 | + | EDI: SYNC | |
| | | Mar 02 2026 23:58:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5128290 | + | EDI: SYNC | |
| | | Mar 02 2026 23:58:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 5128291 | + | EDI: SYNC | |
| | | Mar 02 2026 23:58:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5128292 | + | EDI: SYNC | |
| | | Mar 02 2026 23:58:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

| 5128293 | + EDI: SYNC | | |
|---|---|---|---|
| | | Mar 02 2026 23:58:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5128294 | Email/Text: BCN@timepayment.com | | |
| | | Mar 02 2026 18:59:00 | Timepayment Corp, LLC., 16 New England Exec Office Prk S, Burlington, MA 01803 |
| 5128295 | + EDI: WFCCSBK | | |
| | | Mar 02 2026 23:58:00 | Wf/floorin, Mac F8235-02f, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 57

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5128264 | | Eagle Transport Group, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5128233 | *+ | Allied Interstate, PO Box 19312, Minneapolis, MN 55419-0312 |
| 5137599 | *+ | The Milton S. Hershey Medical Center, 500 University Dr., Hershey, PA 17033-2390 |
| 5128232 | ##+ | Allied Interstate, PO Box 19312, Minneapolis, MN 55419-0312 |
| 5128283 | ##+ | Rand McNally, P.O. Box 7600, Chicago, IL 60680-7600 |

TOTAL: 1 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| C. Stephen Gurdin, Jr | |
| | on behalf of Debtor 2 Sandra M. Stefansky Stephen@gurdinlaw.com  michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | |
| | on behalf of Asst. U.S. Trustee United States Trustee Stephen@gurdinlaw.com  michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | |
| | on behalf of Debtor 1 Thomas S. Stefansky Stephen@gurdinlaw.com  michelle@gurdinlaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Stephanie Walczak | |

on behalf of Creditor M&T BANK swalczak@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Thomas S. Stefansky | Social Security number or ITIN  xxx–xx–6214 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sandra M. Stefansky | Social Security number or ITIN  xxx–xx–2162 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:18–bk–04709–MJC

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas S. Stefansky
aka Thomas Samuel Stefansky, aka Thomas
Stefansky

Sandra M. Stefansky
aka Sandra Marie Stefansky, aka Sandra
Stefansky

**By the court:**

3/2/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ◆ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ◆ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ◆ some debts which the debtors did not properly list;

- ◆ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ◆ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ◆ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ◆ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 5:18-bk-04709-MJC   Doc 87   Filed 03/04/26   Entered 03/05/26 00:36:38   Desc
Imaged Certificate of Notice   Page 8 of 8