**Fill in this information to identify the case:**

Debtor 1      <u>Thomas M. Stefansky aka Thomas Samuel Stefansky aka Thomas Stefansky</u>

Debtor 2      <u>Sandra M. Stefansky aka Sandra Marie Stefansky aka Sandra Stefansky</u>
(Spouse, if filing)

United States Bankruptcy Court for the:  <u>MIDDLE</u>  District of <u>Pennsylvania</u>
                                                                          (State)

Case number   <u>18-04709 MJC</u>

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    **M&T Bank**

**Court claim no.** (if known):

   24

**Last 4 digits** of any number you use to identify the debtor's account: 4498

**Property address:**        **709 Wallace Way**
                              Number        Street
                              **Packer    PA 18255**
                              City                    State        ZIP Code

| Part 2: | Arrearages |
| --- | --- |

The total amount received to cure any arrearages as of the date of this response:     $ 1,247.15                     .

*Check all that apply:*

☒    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid
      as of the date of this response:     $ _____ .

☒    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
      unpaid as of the date of this response:     $ _____ .

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__ .

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

   i.   Date last payment was received on the mortgage:     03 / 06 / 2026

   ii.   Date next postpetition payment from the debtor is due:     03 / 01 / 2026

   iii.   Amount of the next postpetition payment that is due:     $ 1,051.88

   iv.   Unpaid principal balance of the loan:     $ 28,988.50

   v.   Additional amounts due for any deferred or accrued interest:     $ 215.51

   vi.   Balance of the escrow account:     $ 0.00

   vii.   Balance of unapplied funds or funds held in a suspense account:     $ -1,055.00

   viii.   Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:     $ 0.00

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 5:18-bk-04709-MJC    Doc 88    Filed 03/13/26    Entered 03/13/26 19:04:18    Desc
Main Document    Page 2 of 7

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Matthew Fissel          Date March 13, 2026
        Signature

Name    Matthew Fissel
        First name          Middle name          Last name

Title   Attorney for Secured Creditor

Company KML Law Group, P.C.
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 701 Market Street, Suite, 5000
        Number          Street

        Philadelphia                          PA          19196

        City                                  State       ZIP Code

Contact phone   (215) 627-1322                Email bkgroup@kmllawgroup.com

Case 5:18-bk-04709-MJC    Doc 88    Filed 03/13/26    Entered 03/13/26 19:04:18    Desc
Main Document      Page 3 of 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Thomas M. Stefansky aka
Thomas Samuel Stefansky aka Thomas
Stefansky
    Sandra M. Stefansky aka Sandra
Marie Stefansky aka Sandra Stefansky

                        Debtor(s)

M&T Bank
                    Movant

    vs.

Thomas M. Stefansky aka Thomas
Samuel Stefansky aka Thomas Stefansky
Sandra M. Stefansky aka Sandra Marie
Stefansky aka Sandra Stefansky

                        Debtor(s)

Jack N. Zaharopoulos,

                Trustee

BK NO. 18-04709 MJC

Chapter 13

Related to Claim No. 24

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 13, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Sandra M. Stefansky aka Sandra Marie Stefansky
aka Sandra Stefansky
709 Wallace Way
Weatherly, PA 18255

Thomas M. Stefansky aka Thomas Samuel
Stefansky aka Thomas Stefansky
709 Wallace Way
Weatherly, PA 18255

<u>Attorney for Debtor(s) (via ECF)</u>
C. Stephen Gurdin, Jr.
67-69 Public Square, Suite 501
Wilkes-Barre, PA 18701-2512

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: <u>March 13, 2026</u>

         **/s/ Matthew Fissel**
         Matthew Fissel
         Attorney I.D. 314567
         KML Law Group, P.C.
         BNY Mellon Independence Center
         701 Market Street, Suite 5000
         Philadelphia, PA 19106
         215-627-1322
         mfissel@kmllawgroup.com



PAYOFF STATEMENT

March 06, 2026                                    Re:  Loan No.  ████████

Thomas S Stefansky                          Thomas S Stefansky
Sandra M Stefansky                          Sandra M Stefansky
709 Wallace Way                             709 Wallace Way
Weatherly          , PA 18255               Packer PA 18255


Interest Rate:   3.12500%
Principal Balance:                                    $        28,988.50
Total Interest                                                    215.51
Suspense Balance                                              -1,055.00
Recording Fees                                                    74.75
Document Preparation                                                .00
Trustee/Process Fee                                                 .00
 * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $          28,223.76
This statement expires March 27, 2026.

**Per diem through the last day of the month only:        $      2.48**
**The current escrow balance is:                               46.66**

M&T Bank reserves the right to return partial payoff funds.  Payoff
figures are subject to change.  The total amount required to pay the
loan in full may change if any check previously received is rejected
by the institution upon which it was drawn or if any credits or
disbursements are made to or from your account.  Funds must be
received in our office no later than 3:00 pm (EST) to be
credited that same day.

Please call M&T Bank before funds are sent to verify figures are
correct.

Certified funds must be made payable to M&T Bank.  Please
include the mortgage account number on all correspondence
including the payoff check; mail to:

               M&T Bank
               1 Fountain Plaza, 7th Floor
               Buffalo, NY 14203-1495
               Attn: Payoff Department

**ISSUANCE OF THIS STATEMENT DOES NOT PRECLUDE M&T BANK FROM TAKING
ACTION IN THE CONTEXT OF YOUR BANKRUPTCY CASE.  PLEASE CONTINUE TO
MAKE REGULARLY SCHEDULED MORTGAGE PAYMENTS UNTIL YOUR LOAN IS PAID
IN FULL.**

A late charge in the amount of $      52.59 will be assessed if
the current payment or payoff is received after the grace date.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986

Case 5:18-bk-04709-MJC   Doc 88   Filed 03/13/26   Entered 03/13/26 19:04:18   Desc
Main Document      Page 5 of 7



Re:  Loan No. ███████████████

## Important Information Regarding This Payoff Statement

### Please Read Carefully

======================================================================
**ONLY CERTIFIED FUNDS OR ATTORNEY ESCROW CHECKS ARE ACCEPTED FOR PAYOFF**

**\*\*\*\* WHEN REMITTING PAYOFF FUNDS, PLEASE INCLUDE WRITTEN MAILING INSTRUCTIONS FOR THE DISCHARGE, RELEASE OF LIEN, OR RECONVEYANCE \*\*\*\***
======================================================================

**A PROPERLY EXECUTED, RECORDABLE RELEASE OF LIEN WILL BE PROVIDED BY M&T BANK, AFTER THE LOAN IS PAID IN FULL.**

Funds received must be sufficient to satisfy the full amount due on this loan, including all attorney fees and costs.  If the amount received does not fully repay the current debt, including all fees and advances, interest will continue to accrue until the full amount is received.  If the mortgagor has already mailed the current month's payment DO NOT stop payment on the check.  Any excess funds will be refunded to the mortgagor after payoff.

1.  If this property is sold, please provide the seller's forwarding address.

2.  Our records indicate that the estimated tax and/or insurance items listed below are due to be paid within the next twelve (12) months.

     $ 2491.07 02-27 American Strategic

If the mortgage is escrowed, scheduled tax and insurance payments will continue to be made.

# M&T Bank

PAGE 3

PAYOFF STATEMENT

March 06, 2026

Re: Loan No █████████
Referen█████████

Thomas S Stefansky
Sandra M Stefansky
709 Wallace Way
Weatherly    , PA 18255

Thomas S Stefansky
Sandra M Stefansky
709 Wallace Way
Packer PA 18255
(570)956-8710

| | | |
|---|---|---:|
| Principal Balance: | $ | 28,988.50 |
| Total Interest At 3.12500% | | 215.51 |
| Suspense Balance | | -1,055.00 |
| Recording Fees | | 74.75 |
| Trustee/Process Fee | | .00 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $ | | 28,223.76 |

Current Escrow Balance     46.66
Funds received after March 27, 2026 will require an additional $ 2.48
interest per day.

```
INVESTOR      ATEGORY
LOAN TYPE: First Mortgage          CONV W/O PMI
STATE/COUNTY CODES
MAN CODE: B
REASON: _____
```

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986

Case 5:18-bk-04709-MJC   Doc 88   Filed 03/13/26   Entered 03/13/26 19:04:18   Desc
Main Document     Page 7 of 7