In re:

Thomas S. Stefansky

Sandra M. Stefansky

    Debtors

Case No. 18-04709-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID     Recipient Name and Address**
db/jdb     +  Thomas S. Stefansky, Sandra M. Stefansky, 709 Wallace Way, Weatherly, PA 18255-3361

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name     Email Address**

C. Stephen Gurdin, Jr

     on behalf of Debtor 1 Thomas S. Stefansky Stephen@gurdinlaw.com michelle@gurdinlaw.com

C. Stephen Gurdin, Jr

     on behalf of Debtor 2 Sandra M. Stefansky Stephen@gurdinlaw.com michelle@gurdinlaw.com

C. Stephen Gurdin, Jr

     on behalf of Asst. U.S. Trustee United States Trustee Stephen@gurdinlaw.com michelle@gurdinlaw.com

Jack N Zaharopoulos

     ecf_pahu_alt@trustee13.com

James Warmbrodt

     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

Matthew K. Fissel

     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com

District/off: 0314-5

Date Rcvd: May 26, 2026

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

Stephanie Walczak

on behalf of Creditor M&T BANK swalczak@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Thomas S. Stefansky,<br>aka Thomas Samuel Stefansky, aka Thomas Stefansky, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−04709−MJC |
| Sandra M. Stefansky,<br>aka Sandra Marie Stefansky, aka Sandra Stefansky, | | |
| **Debtor 2** | | |

Social Security No.:

xxx−xx−6214          xxx−xx−2162

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  May 26, 2026

**fnldec** (01/22)